SEYFARTH SHAW LLP
Kurt A. Kappes (SBN: 146384)
Robert B. Milligan (SBN: 217348)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY,
THE TRAVELERS INSURANCE COMPANY and
THE TRAVELERS LIFE AND ANNUITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, THE TRAVELERS INSURANCE COMPANY, THE TRAVELERS LIFE AND ANNUITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>XANTHI AVDALAS AND THE ESTATE OF EPAMINONDAS AVDALAS,<br><br>Defendants. | Case No. C 04-04569 JL<br><br>[PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JUNE 8, 2005 UNTIL SEPTEMBER 7, 2005 AND TIME FOR DEFENDANT XANTHI AVDALAS TO RESPOND TO COMPLAINT |

The parties have represented to the Court that they are in the process of finalizing their settlement discussions. They represent to the Court that they are hopeful that they will be able to settle this case shortly.

Accordingly, and good cause appearing, the Court hereby continues the status conference scheduled for June 8, 2005 until September 7, 2005 at 10:30 a.m., so that the parties can finalize their settlement discussions. The parties shall promptly notify the Court if the case settles.

Defendant Xanthi Avdalas shall have until September 21, 2005 to file an answer and counterclaim.

IT SO ORDERED

Dated: June 8, 2005

/s/ James Larson

Honorable Chief Magistrate Judge

SC1 17062587.1

|   |   |
|---|---|
| STATE OF CALIFORNIA | ) |
|  | ) ss |
| COUNTY OF SACRAMENTO | ) |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On June 7, 2005, I served the within document:

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JUNE 8, 2005 UNTIL SEPTEMBER 7, 2005 AND TIME FOR DEFENDANT XANTHI AVDALAS TO RESPOND TO COMPLAINT**

[X] I sent such document from facsimile machine (916) 558-4839 on June 7, 2005. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (916) 558-4839 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, CA, addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Sacramento, CA, California, addressed as set forth below.

Steven A. Fabbro
Steve A. Fabbro Law Offices
8 California Street, 8th Floor
San Francisco, CA 94111
Tel.: (415) 391-6850
Fax: (415) 391-6856

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. Executed on June 7, 2005, at Sacramento, CA, California.

_Jean Moore_
Jean Moore