# SEYFARTH SHAW LLP
ATTORNEYS

400 Capitol Mall
Suite 2350
Sacramento, CA  95814-4428
916-448-0159
fax 916-558-4839
www.seyfarth.com

Writer's direct phone
(916) 448-0159

Writer's e-mail
rmilligan@seyfarth.com

September 2, 2005

**VIA ELECTRONIC FILING & FACSIMILE**

The Honorable James Larson
USDC Northern District
450 Golden Gate Avenue
San Francisco, CA  94102

      *Re:*   *Allstate Life Insurance, et al. v. Avdalas, et al.*
           *USDC Northern District Case No. C 04-04569 JL*

Dear Judge Larson,

     Counsel for the parties in this action have completed the settlement papers and are waiting for their respective clients to sign the settlement papers. We anticipate that this matter will be resolved shortly. We respectfully request that the Court continue the Status Conference presently scheduled for September 7, 2005 to September 28, 2005. Attached is a proposed order.

                           Very truly yours,

                           SEYFARTH SHAW LLP

                           Robert Milligan

RBM:ljm

cc:   Steven Fabbro (via facsimile and with enclosures)
       Kurt A. Kappes

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

SC1 17064904.1

1  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN: 146384)
2  Robert B. Milligan (SBN: 217348)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Plaintiff
   ALLSTATE LIFE INSURANCE COMPANY,
6  THE TRAVELERS INSURANCE COMPANY and
   THE TRAVELERS LIFE AND ANNUITY COMPANY

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
   ALLSTATE LIFE INSURANCE COMPANY,     )  Case No. C 04-04569 JL
11 THE TRAVELERS INSURANCE COMPANY,     )
   THE TRAVELERS LIFE AND ANNUITY       )  [~~PROPOSED~~] ORDER CONTINUING
12 COMPANY                              )  STATUS CONFERENCE FROM
                                        )  SEPTEMBER 7, 2005 UNTIL
13           Plaintiffs,                )  SEPTEMBER 28, 2005 AND TIME FOR
                                        )  DEFENDANT XANTHI AVDALAS TO
14     v.                               )  RESPOND TO COMPLAINT
                                        )
15 XANTHI AVDALAS AND THE ESTATE OF     )
   EPAMINONDAS AVDALAS,                 )
16                                      )
             Defendants.                )
17                                      )

18       The parties have represented to the Court that they are in the process of finalizing their

19 settlement papers. They represent to the Court that they are hopeful that they will be able to

20 settle this case shortly.

21       Accordingly, and good cause appearing, the Court hereby continues the status conference

22 scheduled for September 7, 2005 at 10:30 a.m. until September 28, 2005 at 10:30 a.m. so that the

23 parties can finalize their settlement papers. The parties shall promptly notify the Court when the

24 case settles.

25

26

27

28

                                              1

1 | Defendant Xanthi Avdalas shall have until October 14, 2005 to file an answer and
2 | counterclaim if necessary.
3 | IT SO ORDERED
4 | Dated: September 6, 2005



Hon. Judge James Larson

2

[Proposed] Order Continuing Status Conference / Case No. C 04-04569 JL

SC1 17062587.1

## PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF SACRAMENTO )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On September 2, 2005, I served the within document:

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JUNE 8, 2005 UNTIL SEPTEMBER 7, 2005 AND TIME FOR DEFENDANT XANTHI AVDALAS TO RESPOND TO COMPLAINT**

[X] I sent such document from facsimile machine (916) 558-4839 on September 2, 2005. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (916) 558-4839 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, CA, addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Sacramento, CA, California, addressed as set forth below.

Steven A. Fabbro
Steve A. Fabbro Law Offices
8 California Street, 8th Floor
San Francisco, CA 94111
Tel.: (415) 391-6850
Fax: (415) 391-6856

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. Executed on September 2, 2005, at Sacramento, CA, California.

*Elizabeth Holmes*
Elizabeth Holmes

3