1  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN: 146384)
2  Robert B. Milligan (SBN: 217348)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Plaintiff
   ALLSTATE LIFE INSURANCE COMPANY,
6  THE TRAVELERS INSURANCE COMPANY and
   THE TRAVELERS LIFE AND ANNUITY COMPANY
7
   LAW OFFICES OF STEVEN A. FABBRO
8  Steven A. Fabbro (SBN: 107973)
   8 California Street, 8th Floor
9  San Francisco, California 94111
   Telephone: (415)391-6850
10 Facsimile: (415)391-6856

11 Attorneys for Defendant
   XANTHI AVDALAS
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15

16 ALLSTATE LIFE INSURANCE COMPANY, )   Case No. C 04-04569 JL
   THE TRAVELERS INSURANCE COMPANY,)
17 THE TRAVELERS LIFE AND ANNUITY    )   **STIPULATION FOR ENTRY OF**
   COMPANY                           )   **JUDGMENT; [PROPOSED]**
18                                   )   **JUDGMENT**
              Plaintiffs,            )
19                                   )
          v.                         )
20                                   )
   XANTHI AVDALAS AND THE ESTATE OF )
21 EPAMINONDAS AVDALAS,              )
                                     )
22            Defendants.            )
                                     )

23

24       Pursuant to Federal Rules of Civil Procedure 54, 57 and 58, Plaintiffs Allstate Life

25 Insurance Company ("Allstate"), The Travelers Insurance Company ("TIC") and the Travelers

26 Life and Annuity Company ("TLAC") (collectively, the "Plaintiffs") and Defendant Xanthi

27 Avdalas ("Avdalas") hereby stipulate to entry of judgment in this action as follows and

28 respectfully request that the Court enter the proposed judgment attached hereto:

SC1 17065142.4

1       1.      On October 28, 2004, the Plaintiffs filed a complaint for interpleader and

2  declaratory relief in this action.

3       2.      This court has subject matter jurisdiction over this interpleader and declaratory

4  relief action pursuant to Federal Rule of Civil Procedure 22,  28 U.S.C. § 2201(a), and 28 U.S.C.

5  § 1332 (diversity jurisdiction), in that Allstate's citizenship is the state of Illinois and TIC's and

6  TLAC's citizenship is the state of Connecticut, and plaintiffs' citizenship is diverse from the

7  citizenship of each defendant, and the amount in controversy exceeds $75,000.

8       3.      On or about March 14, 2003, the San Francisco Superior Court approved a

9  settlement agreement between: (1) decedent Epaminondas Avdalas and Xanthi Avdalas,

10  individually and as husband and wife, and Xanthi Avdalas, as Guardian Ad Litem of

11  Epaminondas Avdalas; and (2) *inter alia*, Scottsdale Insurance Company, and Gulf Insurance

12  Company.  Scottsdale Insurance Company agreed to pay Xanthi Avdalas, as Guardian of

13  Epaminondas Avdalas, $1,250 per month, 2% compounding annually, for the remainder of the

14  natural life of Epaminondas Avdalas, guaranteed for a total of 180 months, commencing on or

15  about April 15, 2003.  Gulf Insurance Company agreed to pay Xanthi Avdalas, as Guardian of

16  Epaminondas Avdalas, $1,250 per month, 2% compounding annually, for the remainder of the

17  natural life of Epaminondas Avdalas, guaranteed for a total of 180 months, commencing on or

18  about April 15, 2003.  The agreement states that in the event Mr. Avdalas dies, payment will be

19  made to the beneficiary, as designated in writing by Xanthi Avdalas.

20                                    Plaintiff Allstate

21       4.      On or about March 14, 2003, pursuant to a Uniform Qualified Assignment,

22  Allstate Assignment Company assumed Scottsdale Insurance Company's liabilities to make the

23  periodic payments under the settlement agreement.  Thereafter, plaintiff Allstate Life Insurance

24  Company issued a single premium immediate life annuity ("annuity") under which it agreed to

25  make the periodic monthly payments.  A copy of the annuity, policy number 90 310 374, as well

26  as the annuity application is attached as Exhibit A to the complaint.  Epaminondas Avdalas is

27  listed as the Measuring Life and the Payee as "Xanthi Avdalas, Guardain [sic] of Epaminondas

28  Avdalas."  On the annuity application information sheet, Xanthi Avdalas designated "Estate of

SC1 17060728.3
SC1 17065142.4

1   Epaminondas Avdalas" as the beneficiary.  Under the terms of the annuity, the payments will be

2   made to the payee while the Measuring Life is alive.  If the Measuring Life is not living, the

3   payments will be made to the beneficiary.

4        5.     Allstate commenced payments to the payee, defendant Xanthi Avdalas, on or

5   about April 15, 2003.  On February 12, 2004, Epaminondas Avdalas died.  Allstate made

6   payments to Xanthi Avdalas as payee in March, April and May 2004, before it learned of Mr.

7   Avdalas' death on or about May 24, 2004.  After learning of Mr. Avdalas' death, Allstate ceased

8   making payments to Xanthi Avdalas.  Following Mr. Avdalas' death, Xanthi Avdalas claimed,

9   and continues to claim, that she is entitled to the proceeds of the annuity.

10        6.     Allstate commenced this suit for interpleader and declaratory relief because it

11   believed that it could not safely determine the proper beneficiary, or beneficiaries, of the annuity

12   without risking exposure to multiple liabilities.

13   Plaintiffs TIC and TLAC

14        7.     On or about March 14, 2003, TLAC assumed Gulf Insurance Company's

15   liabilities to make the periodic payments under the settlement agreement, using a single premium

16   immediate life annuity ("annuity") to be issued by TIC.  A copy of the annuity application is

17   attached as Exhibit B to the Complaint.  The application lists Epaminondas Avdalas as the

18   Measuring Life, and the payee as "Xanthi Avdalas, as Guardian [sic] of Epaminondas Avdalas."

19   The annuity application designates the Estate of Epaminondas Avdalas as beneficiary.  The

20   annuity itself was never actually issued because TIC did not receive papers finalizing Xanthi

21   Avdalas' status as legal guardian.  A copy of contract number 4950NW55450, which was to be

22   issued and under which TIC operated as if it had been issued,  is attached as Exhibit C to the

23   Complaint.  The contract lists Epaminondas Avdalas as the Measuring Life, the Payee as

24   "Xanthi Avdalas, as Guardian of Epaminondas Avdalas," and the beneficiary as "Estate of

25   Epaminondas Avdalas."  The contract specifications state, "If the Measuring Life dies before a

26   minimum 180 payments have been made, the remaining payments will continue to the

27   beneficiary."

28

-3-

1        8.     Though the annuity was never formally issued, TIC commenced payments to the

2  payee, defendant Xanthi Avdalas, on or about April 15, 2003, as if the annuity had been issued.

3  On February 12, 2004, Epaminondas Avdalas died.  TIC made payments to Xanthi Avdalas as

4  payee on March 15, 2004, April 15, 2004 and May 15, 2004, before it learned of Mr. Avdalas'

5  death on or about May 24, 2004.  After learning of Mr. Avdalas' death, TIC ceased making

6  payments to Xanthi Avdalas.  Following Mr. Avdalas' death, Xanthi Avdalas claimed, and

7  continues to claim, that she is entitled to the proceeds of the annuity.

8        9.     TIC and TLAC commenced this suit for interpleader and declaratory relief

9  because it believed that it could not safely determine the proper beneficiary, or beneficiaries, of

10  the annuity without risking exposure to multiple liability.

11                                 **Recitals**

12        10.    The parties hereby stipulate that Xanthi Avdalas is the proper beneficiary of the

13  annuities and that Avdalas should continue to receive payments under the annuity policies until

14  they expire under their own terms.

15        11.    Avdalas' sons have executed releases, attached hereto as Exhibit A, absolving

16  Allstate, TIC and TLAC of any liability arising out of Avdalas' receipt of payments under the

17  annuity policies.

18        12.    Avdalas warrants that there is no executor for the Estate of Epaminondas Avdalas,

19  and that it is not contemplated that his estate will pass through probate.

20        13.    Avdalas has warranted that there are no parties, creditors or otherwise, with an

21  interest in the annuity polices and Avdalas has agreed to indemnify Allstate, TIC and TLAC for

22  any subsequent claims brought against them arising out their payments to Avdalas for the

23  annuities, attached hereto as Exhibit B.

24        14.    The parties hereby request that the Court enter the attached proposed judgment,

25  declaring that Xanthi Avdalas is the proper beneficiary of the annuities and that Avdalas should

26  continue to receive payments under the annuity policies until they expire under their own terms.

27  Should Avdalas die prior to the expiration of the annuity policies, Avdalas irrevocably designates

28  George Avdalas and Konstantine Avdalas, her sons, or their representative share to their heirs, as

-4-

1   the beneficiaries of the payments under the annuity policies. Payments should be made in equal

2   (50%) shares to George Avdalas and Konstantine Avdalas, or their representative share to their

3   heirs, under the annuity policies until they expire under their own terms.

4         15.   Plaintiff Allstate shall release to Xanthi Avdalas all accrued, unpaid payments

5   from June 15, 2004 up to and including September 15, 2005, pursuant to the terms set forth

6   above in Paragraph 3 in the amount of $20,553.00 ($1275.00 per month for the months of June

7   2004 through and including March 2005, and $1300.50 per month for the months of April

8   2005 through and including September 2005), and Plaintiff Allstate shall resume payments to

9   Avdalas pursuant to the terms of the underlying settlement agreement and the annuity.

10         16.   Plaintiffs TIC and TLAC shall release to Xanthi Avdalas all accrued, unpaid

11   payments from June 15, 2004 up to and including September 15,2005, pursuant to the terms set

12   forth above in Paragraph 3 in the amount of $20,553.00 ($1275.00 per month for the months of

13   June 2004 through and including March 2005, and $1300.50 per month for the months of

14   April 2005 through and including September 2005), and Plaintiffs TIC and TLAC shall resume

15   payments to Avdalas pursuant to the terms of the underlying settlement agreement and the

16   annuity.

17         17.   The parties hereby agree to bear their own costs and fees.

18   DATED: September 19th, 2005
19   **As to Form Only**

                                              SEYFARTH SHAW LLP

20                                                 By_____

                                                  Robert Milligan

21                                                 Attorneys for Plaintiff
                                            ALLSTATE LIFE INSURANCE

22                                               COMPANY, THE TRAVELERS
                                            INSURANCE COMPANY and

23                                               THE TRAVELERS LIFE AND ANNUITY
                                            COMPANY

24   DATED: September 11th, 2005

                                            ALLSTATE LIFE INSURANCE

25                                               COMPANY

26                                               By_____
                                            ALLSTATE LIFE INSURANCE
                                            COMPANY

27

28

1  DATED: September 15, 2005

2

3

4

5

6  DATED: September __, 2005
   **As to Form Only**
7

8

9

10
   DATED: September __, 2005
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE TRAVELERS INSURANCE
COMPANY AND THE TRAVELERS
LIFE AND ANNUITY COMPANY

By_____
THE TRAVELERS INSURANCE
COMPANY AND THE TRAVELERS
LIFE AND ANNUITY COMPANY

LAW OFFICES OF STEVEN A. FABBRO

By_____
        Steven A. Fabbro
Attorneys for Defendant
XANTHI AVDALAS

XANTHI AVDALAS

By_____
XANTHI AVDALAS

-6-

1   DATED: September ___, 2005

2

3

4

5

6   DATED: September 14, 2005
7   **As to Form Only**

8

9

10

11   DATED: September 12, 2005

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE TRAVELERS INSURANCE
COMPANY AND THE TRAVELERS LIFE
AND ANNUITY COMPANY


By_____
THE TRAVELERS INSURANCE
COMPANY AND THE TRAVELERS LIFE
AND ANNUITY COMPANY

LAW OFFICES OF STEVEN A. FABBRO

By_____
    Steven A. Fabbro
Attorneys for Defendant
XANTHI AVDALAS


XANTHI AVDALAS

By_____
XANTHI AVDALAS

-6-

1

### [Proposed] Judgment

2    Having considered the foregoing stipulation, and good cause appearing, the Court hereby

3  enters judgment as follows:

4    Defendant Xanthi Avdalas is the proper beneficiary of the annuities in this action and

5  Avdalas should continue to receive payments under the annuity policies until they expire under

6  their own terms.

7    Should Avdalas die prior to the expiration of the annuity policies, Avdalas irrevocably

8  designates George Avdalas and Konstantine Avdalas, her sons, or their representative share to

9  their heirs, as the beneficiaries of the payments under the annuity policies. Payments should be

10  made in equal (50%) shares to George Avdalas and Konstantine Avdalas, or their representative

11  share to their heirs, under the annuity policies until they expire under their own terms.

12    Plaintiff Allstate shall release to Xanthi Avdalas all accrued, unpaid payments from June

13  15, 2004 up to and including September 15, 2005, pursuant to the terms set forth above in

14  Paragraph 3 in the amount of $20,553.00 ($1275.00 per month for the months of June 2004

15  through and including March 2005, and $1300.50 per month for the months of April

16  2005 through and including September 2005), and Plaintiff Allstate shall resume payments to

17  Avdalas pursuant to the terms of the underlying settlement agreement and the annuity.

18    Plaintiffs TIC and TLAC shall release to Xanthi Avdalas all accrued, unpaid payments

19  from June 15, 2004 up to and including September 15,2005, pursuant to the terms set forth above

20  in Paragraph 3 in the amount of $20,553.00 ($1275.00 per month for the months of June 2004

21  through and including March 2005, and $1300.50 per month for the months of

22  April 2005 through and including September 2005), and Plaintiffs TIC and TLAC shall resume

23  payments to Avdalas pursuant to the terms of the underlying settlement agreement and the

24  annuity.

25    The parties are to bear their own costs and fees.

26    IT SO ORDERED

27    Dated:  9/27/05

28

DENIED

Judge James Larson
Magistrate Judge

-7-

# Exhibit A

**RELEASE**

I, KONSTANTINE AVDALAS, am the child of decedent Epaminondas Avdalas. I have read the complaint in Allstate Life Insurance Co., et al. v. Xanthi Avdalas, et al., Case No. C 04-04569 JL, and I am familiar with the parties' dispute.  I have read and understand the stipulation for entry of judgment that the parties have entered in this action.  I agree that my mother Xanthi Avdalas is the proper beneficiary of the annuities at issue in the case and that Xanthi Avdalas should continue to receive payments under the annuity policies until they expire under their own terms. I do not claim any interest in the annuities unless or until my mother Xanthi Avadalas dies before the expiration of the terms of the annuities.   I hereby release Allstate Insurance Company, the Travelers Insurance Company, the Travelers Life and Annuity Company and their predecessors and successors in interest for any liability arising of out their payments to Xanthi Avdalas under the annuity policies.

Dated:  _9-14-05_

_____
KONSTANTINE AVDALAS

# **RELEASE**

I, GEORGE AVDALAS, am the child of decedent Epaminondas Avdalas.  I have read the complaint in <u>Allstate Life Insurance Co., et al. v. Xanthi Avdalas, et al.</u>, Case No. C 04-04569 JL, and I am familiar with the parties' dispute.  I have read and understand the stipulation for entry of judgment that the parties have entered in this action.  I agree that my mother Xanthi Avdalas is the proper beneficiary of the annuities at issue in the case and that Xanthi Avdalas should continue to receive payments under the annuity policies until they expire under their own terms. I do not claim any interest in the annuities unless or until my mother Xanthi Avadalas dies before the expiration of the terms of the annuities.   I hereby release Allstate Insurance Company, the Travelers Insurance Company, the Travelers Life and Annuity Company and their predecessors and successors in interest for any liability arising of out their payments to Xanthi Avdalas under the annuity policies.

Dated: _Sept 15, 2005_

_____
GEORGE AVDALAS

# Exhibit B

## XANTHI AVDALAS' REPRESENTATIONS AND WARRANTIES AND AGREEMENT TO INDEMNIFY

I, Xanthi Avdalas, make the following representations and warranties and agreement to indemnify Allstate Insurance Company, the Travelers Insurance Company, the Travelers Life and Annuity Company and their predecessors and successors in interest.

I have read the complaint in Allstate Life Insurance Co., et al. v. Xanthi Avdalas, et al., Case No. C 04-04569 JL, and I am familiar with the parties' dispute.  I have willingly entered into the stipulation for entry of judgment in this action.  I am the proper beneficiary of the annuities at issue in the case and I should continue to receive payments under the annuity policies until they expire under their own terms.  I am not aware of anyone claiming any interest in the annuity policies.  I have two children.  My children George Avdalas and Konstantine Avdalas do not claim any interest in the annuity polices. I warrant that there are no parties, creditors or otherwise, with an interest in the annuity policies.

There is no executor for the Estate of Epaminondas Avdalas and it is not contemplated that his estate will pass through probate.  If my husband's estate does pass through probate, I agree to sign and be bound by the attached representations and warranties and agreement to indemnify as well as the stipulation for entry of judgment.

Should anyone claim any interest in the annuity policies, I agree to defend, indemnify and hold Allstate Insurance Company, the Travelers Insurance Company, the Travelers Life and Annuity Company and their predecessors and successors in interest harmless from and against any demands, claims, liability, suits, damages, and actions brought against them arising from or relating to, either directly or indirectly, any payments made to Xanthi Avdalas under the annuity policies and payments made to my beneficiaries George Avdalas and Konstantine Avdalas should I die prior to the expiration of the annuity policies.  The duty to defend includes the duty to pay reasonable attorneys' fees incurred in defending such claims and the duty to indemnify includes the duty to pay any amount imposed by an administrative agency or judgment or settlement reached in a court action.

I declare under penalty of perjury under the laws of the United States that the foregoing representations and warranties are true and correct and I agree to be bound by the terms of this agreement.

Dated: 9  14  05

Xanthi Avdalas

SCI 17060730.2
SCI 17065144.1

Travelers Life & Annuity

STRUCTURED SETTLEMENTS
P.O. BOX 990024
HARTFORD CT 06199-0024
1-800-573-6185

119-890 A    07093197

| NOT VALID BEFORE | | PAY $ | 20,553.00 ** |
| 09/15/05 | 998801405 4950NW55450 SS | | |

TWENTY THOUSAND FIVE HUNDRED FIFTY THREE & 00/100 DOLLARS *********************************

Pay to the order of

XANTHI AVDALAS

Citibank, Delaware
One Penn's Way
New Castle, DE 19720
**DO NOT DETACH**

Anthony J. Will
AUTHORIZED SIGNATURE
**PLEASE CASH WITHIN 60 DAYS**

⑆07093197⑈ ⑆031100209⑆ 38618578⑈

**Allstate Life Insurance Company**
**544 Lakeview Pkwy L2B**
**Vernon Hills IL  60061-1842**

Telephone:  1-800-840-3870
Fax:  1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

Due Date:              June 15, 2004
Issue Date:            September 15, 2005
Check Number:          2191639
Contract Number:       90310374
Annuitant Name:        Epaminandas Avdalas

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on June 15, 2004.

C11TE0BB.N01
B-2000XXXX

**Please detach the check below before depositing.**

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191639
70-1558
719

Contract Number: 90310374
Due Date: June 15, 2004

$1,275.00**************

**PAY:** One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF:        X A N T H I  A V D A L A S

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑆0 2 ⑉ 9 ⑈ 6 3 9⑆ ⑇0 7 ⑉ 9 ⑈ 5 5 8 0⑇ ⑈ 0 4⑈ ⑉ 6 8⑈0 9 7⑈ 4⑈

**Allstate Life Insurance Company**
**544 Lakeview Pkwy L2B**
**Vernon Hills IL  60061-1842**

Telephone:  1-800-840-3870
Fax:  1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| **Due Date:** | July 15, 2004 |
| **Issue Date:** | September 15, 2005 |
| **Check Number:** | 2191640 |
| **Contract Number:** | 90310374 |
| **Annuitant Name:** | Epaminandas Avdalas |

### ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on July 15, 2004.

C11TE0BG.N01
B-20555810

**Please detach the check below before depositing.**

---

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191640
70-1558
719

Contract Number: 90310374
Due Date: July 15, 2004

$1,275.00**************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF        XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M. Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑆021916401⑆ ⑈071915580⑈ 04⑈168⑈097⑈4⑆

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:  1-800-840-3870
Fax:  1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | August 15, 2004 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191641 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on August 15, 2004.

C11TE0BM.N01
B-2

**Please detach the check below before depositing.**

---

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191641
70-1558
719

Contract Number: 90310374
Due Date: August 15, 2004

$1,275.00************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF:          XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M. Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈02191641⑈ ⑆0719155801⑆ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:  1-800-840-3870
Fax:  1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | September 15, 2004 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191642 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on September 15, 2004.

C11TE0BQ.N01
B-2059WW

**Please detach the check below before depositing.**

---

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE  ILLINOIS
September 15, 2005

2191642

70-1558
719

Contract Number: 90310374
Due Date: September 15, 2004

$1,275.00**************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF:
XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈0219⑈1642⑈ ⑆071915580⑆ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | October 15, 2004 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191643 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on October 15, 2004.

C11TE0BW.N01
B-2105511

**Please detach the check below before depositing.**

---

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191643

70-1558
719

Contract Number: 90310374
Due Date: October 15, 2004

$ 1,275.00**************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF        X A N T H I   A V D A L A S

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M. Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈021916643⑈ ⑆071915580⑆ 04⑈168⑈09?⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | November 15, 2004 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191644 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on November 15, 2004.

C11TE0BY.N01
B-2059MW

## Please detach the check below before depositing.

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191644

70-1558
719

Contract Number: 90310374
Due Date: November 15, 2004

$1,275.00*************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF:      XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑆021 91 644⑆ ⑈07 19 1 5580⑈ 04⑆ 168 097 4⑆

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | December 15, 2004 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191645 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on December 15, 2004.

C11TE0DY.N01
B-2055091W

**Please detach the check below before depositing.**

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191645
70-1558
719

Contract Number: 90310374
Due Date: December 15, 2004

$1,275.00**************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER      XANTHI AVDALAS
OF

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈02191645⑈ ⑆0719155801⑆ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

Due Date:           January 15, 2005
Issue Date:         September 15, 2005
Check Number:       2191646
Contract Number:    90310374
Annuitant Name:     Epaminandas Avdalas

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on January 15, 2005.

C11TE0E1.N01
B-20050910

00018

**Please detach the check below before depositing.**

---

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191646

70-1558
719

Contract Number: 90310374
Due Date: January 15, 2005

$1,275.00**************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF:        X A N T H I   A V D A L A S

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑆021916460⑆ ⑈071915580⑈ 04⑆168⑆097⑈40⑆

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | February 15, 2005 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191647 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

### ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on February 15, 2005.

C11TE0E6.N01
B-2005W01

**Please detach the check below before depositing.**

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191647
70-1558
719

Contract Number: 90310374
Due Date: February 15, 2005

$1,275.00**************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF          XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H Pitts*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈021916470⑈ ⑆071915580⑆ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | March 15, 2005 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191648 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,275.00 |
| Net Check Amount | $1,275.00 |

This is for the payment due on March 15, 2005.

C11TE0ED.N01
B-2050000

**Please detach the check below before depositing.**

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191648

70-1558
719

Contract Number: 90310374
Due Date: March 15, 2005

$1,275.00***************

PAY: One Thousand Two Hundred Seventy Five and No/100 Dollars***

TO THE
ORDER
OF:
　　　XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M. Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈0 2 1 9 1 6 4 8⑈ ⑆0 7 1 9 1 5 5 8 0⑆ 0 4 ⑈1 6 8 ⑈0 9 7 ⑈ 4 ⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

Due Date:              April 15, 2005
Issue Date:            September 15, 2005
Check Number:          2191649
Contract Number:       90310374
Annuitant Name:        Epaminandas Avdalas

### ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,300.50 |
| Net Check Amount | $1,300.50 |

This is for the payment due on April 15, 2005.

C11TE0EK.N01
B-2085001

**Please detach the check below before depositing.**

---

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191649
70-1558
719

Contract Number: 90310374
Due Date: April 15, 2005

$1,300.50************

PAY: One Thousand Three Hundred and 50/100 Dollars***

TO THE
ORDER
OF:        XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈02191649⑈ ⑇071915580⑇ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | May 15, 2005 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191650 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,300.50 |
| Net Check Amount | $1,300.50 |

This is for the payment due on May 15, 2005.

C11TE0EP.N01
B-2055MW

### Please detach the check below before depositing.

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE ILLINOIS
September 15, 2005

2191650
70-1558
719

Contract Number: 90310374
Due Date: May 15, 2005

$1,300.50**************

**PAY: One Thousand Three Hundred and 50/100 Dollars***

TO THE
ORDER
OF:       XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M. Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈021916500⑈ ⑉071915580⑈ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | June 15, 2005 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191651 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,300.50 |
| Net Check Amount | $1,300.50 |

This is for the payment due on June 15, 2005.

C11TE0EY.N01
B-2083000

**Please detach the check below before depositing.**

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191651

70-1558
719

Contract Number: 90310374
Due Date: June 15, 2005

$1,300.50**************

PAY: One Thousand Three Hundred and 50/100 Dollars***

TO THE
ORDER
OF:          XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈02191651⑈ ⑇071915580⑇ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:  1-800-840-3870
Fax:  1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | July 15, 2005 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191652 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,300.50 |
| Net Check Amount | $1,300.50 |

This is for the payment due on July 15, 2005.

C11TE0F4.N01
B-2055MW

**Please detach the check below before depositing.**

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191652

70-1558
719

Contract Number: 90310374
Due Date: July 15, 2005

$1,300.50**************

PAY: One Thousand Three Hundred and 50/100 Dollars***

TO THE
ORDER
OF:
XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M. Crockett*

*Samuel H. Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑆02191652⑈ ⑆071915580⑈ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:  1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | August 15, 2005 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191653 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,300.50 |
| Net Check Amount | $1,300.50 |

This is for the payment due on August 15, 2005.

C11TE0FB.N01
B-2\*\*\*\*\*\*\*\*\*\*\*

**Please detach the check below before depositing.**

---

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE  ILLINOIS
September 15, 2005

2191653
70-1558
719

Contract Number: 90310374
Due Date: August 15, 2005

$1,300.50***********

PAY: One Thousand Three Hundred and 50/100 Dollars***

TO THE
ORDER
OF

XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈02191653⑈ ⑈071915580⑈ 04⑈168⑈097⑈4⑈

**Allstate Life Insurance Company**
544 Lakeview Pkwy L2B
Vernon Hills IL  60061-1842

Telephone:   1-800-840-3870
Fax:   1-877-690-4092

XANTHI AVDALAS
2227 24TH AVE.
SAN FRANCISCO CA  94116-1747

| | |
|---|---|
| Due Date: | September 15, 2005 |
| Issue Date: | September 15, 2005 |
| Check Number: | 2191654 |
| Contract Number: | 90310374 |
| Annuitant Name: | Epaminandas Avdalas |

## ***EXPLANATION OF BENEFITS***

| | |
|---|---|
| Total Gross Amount | $1,300.50 |
| Net Check Amount | $1,300.50 |

This is for the payment due on September 15, 2005.

C11TE0FJ.N01
B-2055NNV

### Please detach the check below before depositing.

**Allstate Life Insurance Company**

HARRIS CENTRAL N.A.
ROSELLE, ILLINOIS
September 15, 2005

2191654

70-1558
719

Contract Number: 90310374
Due Date: September 15, 2005

$1,300.50**************

PAY  One Thousand Three Hundred and 50/100 Dollars***

TO THE
ORDER
OF        XANTHI AVDALAS

Allstate Life Insurance Company Structured
Settlement Controlled Disbursement Account

*Joan M Crockett*

*Samuel H Pilch*

VOID IF NOT PRESENTED WITHIN ONE HUNDRED AND EIGHTY DAYS OF THE DATE OF ISSUE

⑈021916554⑈ ⑆071915580⑆ 04⑈168⑈097⑈4⑈

1   the beneficiaries of the payments under the annuity policies. Payments should be made in equal

2   (50%) shares to George Avdalas and Konstantine Avdalas, or their representative share to their

3   heirs, under the annuity policies until they expire under their own terms.

4        15.     Plaintiff Allstate shall release to Xanthi Avdalas all accrued, unpaid payments

5   from June 15, 2004 up to and including September 15, 2005, pursuant to the terms set forth

6   above in Paragraph 3 in the amount of $20,553.00 ($1275.00 per month for the months of June

7   2004 through and including March 2005, and $1300.50 per month for the months of April

8   2005 through and including September 2005), and Plaintiff Allstate shall resume payments to

9   Avdalas pursuant to the terms of the underlying settlement agreement and the annuity.

10       16.     Plaintiffs TIC and TLAC shall release to Xanthi Avdalas all accrued, unpaid

11   payments from June 15, 2004 up to and including September 15,2005, pursuant to the terms set

12   forth above in Paragraph 3 in the amount of $20,553.00 ($1275.00 per month for the months of

13   June 2004 through and including March 2005, and $1300.50 per month for the months of

14   April 2005 through and including September 2005), and Plaintiffs TIC and TLAC shall resume

15   payments to Avdalas pursuant to the terms of the underlying settlement agreement and the

16   annuity.

17       17.     The parties hereby agree to bear their own costs and fees.

18

19   DATED: September ___, 2005                  SEYFARTH SHAW LLP
     **As to Form Only**

20                                              By_____
                                                     Robert Milligan
21                                              Attorneys for Plaintiff
                                                ALLSTATE LIFE INSURANCE
22                                              COMPANY, THE TRAVELERS
                                                INSURANCE COMPANY and
23                                              THE TRAVELERS LIFE AND ANNUITY
                                                COMPANY

24   DATED: September 1 6, 2005                 ALLSTATE LIFE INSURANCE
                                                COMPANY
25
                                                By_____
26                                              ALLSTATE LIFE INSURANCE
                                                COMPANY
27

28
                                        -5-

SC1 17060728.3
SC1 17065142.4